Gilbert H. Montague, as Receiver of Hotel Gotham Company, Appellant, v. Hotel Gotham Company, Impleaded with John Larkin, Respondent.— Judgment affirmed, with costs. No opinion.

Gilbert H. Montague, as Receiver of Hotel Gotham Company, Appellant, v. Hotel Gotham Company, Impleaded with Fifty-fifth Street Company, Respondent.— Judgment affirmed, with costs. No opinion.

The Gorham Company, Appellant, v. United Engineering and Contracting Company, Respondent.— Order modified by requiring defendant, as a condition for leave to serve amended answer, to pay all costs in the action to date, including costs in this court and in the Court of Appeals, and as so modified affirmed, without costs of this appeal. No opinion. Order to be settled on notice.

The People of the State of New York ex rel. George H. Dyer, Appellant, v. George B. McClellan and Others, Constituting the Board of Estimate and Apportionment of the City of New York and Others, Respondents, Impleaded with James C. Deering.— Judgment and order affirmed, with costs. No opinion.

Ludwig Flocker, as Administrator, etc., of August O. Flocker, Deceased, Appellant, v. The Hudson and Manhattan Railroad Company, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Israel Dunbar, as Administrator, etc., of Annie Dunbar, Deceased, Respondent, v. New York Veal and Mutton Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

Max Jaffe and Others, Appellants, v. Stephen M. Weld and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to amend on payment of costs. No opinion.

Elisabeth S. Sterry, Appellant, v. James W. Sterry, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion.

Thomas D. Rambaut v. William S. Tevis. George M. Coffin v. William S. Tevis.— Motions denied, with ten dollars costs. Memorandum per curiam. Orders to be settled on notice.

Honora M. Cox, Respondent, v. Carl Jung and E. August Burgtorf, as Executors, etc., of Hugo Kullenberg, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hattie Herrmann, Appellant, v. Frances Steel Company, Impleaded with John L. Murray, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nathan Burkan, Respondent, v. Musical Courier Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.